# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| C.P., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:19-cv-00271-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| John Doe | ) | |
| MHI | ) | |
| R.B. | ) | |
| Doe, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's Order entered on October 1, 2019.

October 1, 2019

_____
Frank G. Johns, Clerk
United States District Court